### 29103. WILLIAMS *v.* THE STATE.

GARDNER, J. This case is controlled in principle by the decision in *Williams* v. *State*, ante, 843. The evidence was sufficient to authorize the jury to find against the plea of autrefois convict, but insufficient to support a verdict of guilty.

*Judgment reversed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 24, 1941.